

Stefani C Schwartz, Esq.
sschwartz@hatfieldschwartzlaw.com
973.737.8315

July 14, 2025

**<u>Via Electronic Filing</u>**
The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07102

    Re: Richard Zelma v. Wonder Group, Inc. et al.
       Civil Case No. 2:25-cv-03232-EP-CLW

Dear Judge Waldor:

  This firm represents Defendant Wonder Group, Inc. ("Defendant") in the above referenced matter. Defendant filed two motions: a <u>F.R.C.P</u>. 12(b) Motion to Dismiss the complaint in its entirety and a <u>F.R.C.P</u>. 11 Motion for Sanctions, which are both pending before this court. Today, the parties received a notice scheduling a R. 16 conference for September 9, 2025. Due to the pending dispositive motion, we respectfully request that the September 9 conference be adjourned until after this Court decides Defendant's Motion to Dismiss.

  Thank you for Your Honor's attention to this matter.

              Respectfully submitted,

              HATFIELD SCHWARTZ LAW GROUP LLC

              By: <u>/s/ Stefani C Schwartz</u>
                STEFANI C SCHWARTZ, ESQ.


cc: The Honorable Evelyn Padin, U.S.D.J., via electronic filing
   Plaintiff, via electronic filing and regular mail