**Richard M. Zelma***                                                              * Lifetime Member: Telecom Pioneers of America 
**940 Blanch Avenue**
**Norwood, New Jersey 07648**                         * Lifetime Member: Communication Workers of America

                                                                    * Bell System Certified – C.O. Call-Trace Forensic Technician

_____            * The–Thin–Blue–Line–
**Tel: 201-767-8153**
**Telecopier: for court use only**
**Email: TCPALAWRZ@gmail.com**

_____

July 15, 2025
*Via Electronic Filing*

The Honorable Cathy L. Waldor, U.S.M.J.
United States District Court District of New Jersey
MLK Building & U.S. Courthouse, 50 Walnut Street,
Newark, NJ 07102

<u>Re: Zelma v. Wonder Group, Inc.; Case: (2:25-cv-03232-EP-CLW)</u>
<u>Plaintiff's Position on Scheduling Request</u>

Dear Judge Waldor:

Plaintiff respectfully submits this letter in response to Defendant's July 14, 2025 scheduling request.

Contrary to the implication that "the parties" jointly seek an adjournment, I was neither consulted nor consented to Defendant's request.

While I defer to The Court's discretion, I will note that multiple motions remain pending, including Defendant's Rule 11 motion, which was met with opposition detailing serious concerns about evidentiary authenticity and unsupported certifications.

Plaintiff believes that judicial economy and case management are not necessarily hindered by the presence of dispositive motions, particularly where the scheduling conference could inform proportionality, streamline discovery, and clarify procedural expectations.

Plaintiff remains prepared to proceed with case management, should the Court find merit in Defendant's delay request.

Respectfully, I ask that any scheduling decision reflect the full posture of the case and not presume mutual agreement where none exists.

Respectfully,

**/s/ Richard M. Zelma**

Richard M. Zelma